```
 1  **VICTOR N. PIPPINS**
    California State Bar No. 251953
 2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
    225 Broadway, Suite 900
 3  San Diego, California 92101-5030
    Telephone No. (619) 234-8467
 4  Email: Victor_Pippins@fd.org

 5  Attorneys for Mr. Vergara-Pantoja
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ0109 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| LUIS GIOVANNI VERGARA-PANTOJA, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Victor Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

Respectfully submitted,

Dated: January 17, 2008         */s/ Victor N. Pippins*
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Defendant
                                Victor_Pippins@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: January 17, 2008    /s/ *Victor N. Pippins*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Victor_Pippins@fd.org email